# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00364-CV

### T. A. W. and C. E., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-18-005653, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants T.A.W. and C.E. filed their notices of appeal on July 15, 2020, and July 21, 2020, respectively. The appellate record was complete on July 27, 2020, making appellants' briefs due on August 17, 2020. On August 17, 2020, counsel for both appellants filed motions for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Lisa Mims and Karen Langsley to file appellants' briefs no later than September 1, 2020. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on August 18, 2020.

Before Chief Justice Rose, Justices Baker and Kelly